# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MARTIN ANTHONY PASSLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cv-155-SNLJ |
| MISSOURI DEPARTMENT OF SOCIAL SERVICES, FAMILY SUPPORT DIV., | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Martin Anthony Passley's motion to appoint counsel. The motion will be denied at this time, without prejudice.

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). When determining whether to appoint counsel for an indigent litigant, the Court considers relevant factors, such as the complexity of the case, the ability of the *pro se* litigant to investigate the facts, the existence of conflicting testimony, and the ability of the *pro se* litigant to present his claims. *Id.*

After reviewing these factors, the Court finds that the appointment of counsel is not warranted at this time. This case is neither factually nor legally complex. In addition, plaintiff has demonstrated that he can adequately present his claims to the Court, and it does not appear that his claims involve information unavailable to him. However, the Court recognizes that the relevant circumstances may change. The Court will therefore deny the motion for the appointment of counsel without prejudice, and will entertain future motions for the appointment of counsel, as appropriate, as this litigation progresses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for the appointment of counsel (Docket No. 3) is **DENIED** without prejudice.

Dated this 10th day of September, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE